IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PATRICIA MORAN,

                                                      ORDER

                  Plaintiff,

                                            12-cv-98-bbc

        v.

WISCONSIN DEPARTMENT OF REVENUE,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant has filed a letter with the court indicating that this case has been settled, including the pending motion for attorney fees and costs. The parties may have 30 days in which to complete the settlement. If settlement has not been accomplished by that time, plaintiff is to report on the status of the matter at a telephone conference on October 17, 2012, at 8:30 a.m. Plaintiff's counsel is to initiate the conference call to chambers at (608) 264-5447. If, before October 17, 2012, plaintiff's counsel has advised the court that it may enter its

1

standard order of dismissal or has filed a statement confirming settlement, the status

conference will be canceled.

Entered this 14th day of September, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2